1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DARREN POLICARE, an individual | Case No. 2:21-cv-00982-SVW-JPRx |
|---|---|
| Plaintiff, | Hon. Stephen V. Wilson |
| v. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CBS BROADCASTING, INC., a New York corporation; and DOES 1 to 50, inclusive, | |
| Defendant. | |

## <u>ORDER</u>

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: October 29, 2021

_____

Hon. Stephen V. Wilson
United States District Judge